From: Mr. Ramon L. Ward #241756
141 First Street
Cold Water Michigan 49036
Cold Water Corr Facility

TO: Clerk,
United States District Court for the Eastern District of Michigan
Theodore Levin U.S Courthouse
231 W. Lafayette Boulevard, Fifth Floor
Detroit, MI 48226

RE: WARD CASE NO. 10-12096

Dear Clerk,

I am contacting you regarding Change of Address. Any Ruling or Descision in my case Please send to The Above Address. Thank You for your time and concerns regarding this Matter. Respectfully submitted

Ramon L Ward

CC
RLW
File

From: Mr. Ramon Ward 241757
Cold Water Correctional Facility
141 First Street
Cold Water, Mich 49036

To: Clerk
United States District Court
Theodore Levin U.S Court House
231 W Lafayette Boulevard 5th Floor
Detroit Michigan 48226

